658 A.2d 789

COMMONWEALTH of Pennsylvania

v.

Garry L. TETER, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued April 27, 1995.

Decided May 19, 1995.

Timothy L. Clawges, Harrisburg, for G. Teter, Jr.

Alison Taylor, J. Michael Eakin, Jamie M. Keating, Carlisle, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed. *See Commonwealth v. McCandless*, 538 Pa. 286, 648 A.2d 309 (1994).

CASTILLE, J., dissents.

MONTEMURO, J., is sitting by designation.